Bonda J. HOOKS, Plaintiff/Respondent,

v.

Ollie R. HOOKS, Defendant/Appellant.

No. 58050.

Missouri Court of Appeals,
Eastern District,
Division One.

Dec. 18, 1990.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Feb. 7, 1991.

Edward A. Stierberger, Timothy Joseph Melenbrink, Union, for appellant.

Nicholas G. Gasaway, Jr., Union, for respondent.

PER CURIAM.

Husband appeals the trial court's award of marital property in a dissolution case.

An opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 84.16(b).